**In re: FLORENCE RAVIOLI AND DISTRIBUTING COMPANY, Debtor.**

**Cento Fine Foods, Inc., Appellant,**

v.

**Edward M. Walsh, Trustee, Appellee.**

No. 00–16166.
BAP No. NC–99–01516–RBK.
Bk. No. 97–34341–WDM.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 7, 2001.*

Decided Nov. 14, 2001.

Before CANBY, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM **

We AFFIRM the decision of the bankruptcy court for the reasons stated in the opinion of the Bankruptcy Appellate Panel.

---

* The panel unanimously finds this case suitable for decision without oral argument.  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

